# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN GROBE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMERSON ELECTRIC CO., et al.,<br><br>　　　　Defendants. | Case No.: CV 19-06523-CJC (JCx)<br><br><br>JUDGMENT |

Plaintiff Morgan Grobe has accepted a Code of Civil Procedure § 998 Offer to Compromise from Defendant Emerson Electric. (Dkt. 13.) The Court hereby **ORDERS** that:

//
//
//

1. Defendant Emerson shall pay Plaintiff the sum of $3,895 plus costs recoverable by statue excluding attorneys' fees.
2. Plaintiff shall dismiss the Complaint against Emerson with prejudice.
3. Each party shall bear its own attorneys' fees.

DATED: October 9, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE